NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BILLIE MASON KAY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3187

---

Petition for review of the Merit Systems Protection Board in case no. AT0831100521-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

NOV 2 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Billie Mason Kay
     Nelson R. Richards, Esq.
     Sara Rearden, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 3 2010

JAN HORBALY
CLERK